IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06- **93** |
| | ) |
| ROBERT RODRIGUEZ, | ) |
| | ) |
| Defendant. | ) |

# INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count I

On or about April 11, 2006, in or near Newark, in the State and District of Delaware, Robert Rodriguez, defendant herein, did knowingly possess with the intent to distribute a substance containing a detectable amount of heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

COLM F. CONNOLLY
United States Attorney

By: *Richard G. Andrews*
Richard G. Andrews
First Assistant United States Attorney

Dated: 8/31/06



FILED
SEP 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE